**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Bennigan's West Melbourne, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-2015809** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3955 W. New Haven Avenue Melbourne, FL 32904**<br>Number, Street, City, State & ZIP Code | **325 NW Valencia Road Melbourne, FL 32904**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Brevard**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | **3955 W. New Haven Avenue Melbourne, FL 32904**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Bennigan's West Melbourne, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

Debtor    **Bennigan's West Melbourne, LLC**                                    Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>                                    Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes. Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

---

■ **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds** | .    *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>■ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | | |
|---|---|---|---|---|---|
| **14. Estimated number of creditors** | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | | | |
|---|---|---|---|---|---|
| **15. Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | | | |
|---|---|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | | ■ $1,000,001 - $10 million | | ☐ $500,000,001 - $1 billion |

Debtor  **Bennigan's West Melbourne, LLC**
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case number (*if known*) _____

Debtor    **Bennigan's West Melbourne, LLC**                          Case number (*if known*) _____
          Name

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 24, 2023**
               MM / DD / YYYY

**X** **/s/ Randy J. Bennett**                                    **Randy J. Bennett**
Signature of authorized representative of debtor                  Printed name

Title    **Owner**

---

**18. Signature of attorney**

**X** **/s/ Neil J. Buchalter, PA**                   Date **August 24, 2023**
Signature of attorney for debtor                           MM / DD / YYYY

**Neil J. Buchalter, PA 295647**
Printed name

**Neil J. Buchalter, P.A.**
Firm name

**2395 N. Courtenay Pkwy**
**Suite 203**
**Merritt Island, FL 32953**
Number, Street, City, State & ZIP Code

Contact phone    **321-205-0900**    Email address    **eservice@buclawgroup.com**

**295647 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Bennigan's West Melbourne, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 24, 2023**          X **/s/ Randy J. Bennett**
                                              Signature of individual signing on behalf of debtor

                                              **Randy J. Bennett**
                                              Printed name

                                              **Owner**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Bennigan's West Melbourne, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $ _____ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $ _____ **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $ _____ **0.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____ **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................................    $ _____ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$ _____ **1,082,580.34**

4.   Total liabilities ................................................................................................................
    Lines 2 + 3a + 3b    $ _____ **1,082,580.34**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Bennigan's West Melbourne, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
  amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**    Current value of
debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Debtor   **Bennigan's West Melbourne, LLC**                    Case number *(If known)* _____
         Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **All equipment and fixtures stayed with leased, forcibly closed restaurant on 2/1/2023** | **$0.00** | | **$0.00** |

40.      **Office fixtures**

41.      **Office equipment, including all computer equipment and communication systems equipment and software**

42.      **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.      **Total of Part 7.**                                                                    **$0.00**
         Add lines 39 through 42.  Copy the total to line 86.

44.      **Is a depreciation schedule available for any of the property listed in Part 7?**
         ■ No
         ☐ Yes

45.      **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor   **Bennigan's West Melbourne, LLC**_____          Case number *(If known)* _____
         <sub>Name</sub>

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Bennigan's West Melbourne, LLC**                          Case number *(If known)* _____
     Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name        **Bennigan's West Melbourne, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
  amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Bennigan's West Melbourne, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
| | **Alpine Refrigeration & AC**<br>**1997 Micco Road**<br>**Sebastian, FL 32976** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **Bennigan's WM** | Basis for the claim:  **A/C Repairs** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| | **AT&T**<br>**PO Box 5014**<br>**Carol Stream, IL 60197-5014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **6898** | Basis for the claim:  **Collections** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
| | **Bennigan's Franchising Co LL**<br>**4475 Trinity Mills Road**<br>**NO. 703765**<br>**Dallas, TX 75287-7004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **3765** | Basis for the claim:  **Breach of Franchise** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,135.50** |
| | **Brevard County Tax Collecor**<br>**P O Box 2500**<br>**Titusville, FL 32781-2500** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2022** | | |
| | Last 4 digits of account number  **9000** | Basis for the claim:  **Claim for 2022 Tangible Personal Property Taxes** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor   **Bennigan's West Melbourne, LLC**                                   Case number (if known) _____
         _____
         Name

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**Charter Communications**
 **Spectrum**
**PO Box 7186**
**Pasadena, CA 91109-7186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Internet phone**

Last 4 digits of account number  **1656**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Cintas Corporation**
**PO Box 630910**
**Cincinnati, OH 45263-0910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number  **4158**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**City of Melbourne -**
**Water Utilities**
**PO Box 17**
**Melbourne, FL 32902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **5195**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$371.56** |
|---|---|---|---|

**City of West Melbourne**
**Utility Department**
**PO Box 120009**
**Melbourne, FL 32912-0009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Collections**

Last 4 digits of account number  **9441**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Clear Channel Outdoor -**
 **Billboards**
**PO Box 402379**
**Atlanta, GA 30384-2379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Advertising Services**

Last 4 digits of account number  **4130**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**CocaCola**
**PO Box 12703**
**Atlanta, GA 30368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number  **4798**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$612.88** |
|---|---|---|---|

**Credence Resource Mgmt**
**4222 Trinity Mills Rd**
**Suite 260**
**Dallas, TX 75287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Collections - Direct TV**

Last 4 digits of account number  **6898**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Bennigan's West Melbourne, LLC**
_____   Case number (if known) _____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,690.43 |
|---|---|---|---|

**DynaFire**
**109 Concord Drive - Suite B**
**Casselberry, FL 32707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Collections**

Last 4 digits of account number  **6271**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**ECOLAB**
**PO Box 32027**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Equipment Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Florida City Gas**
**4045 NW 97th Avenue**
**Miami, FL 33178-2300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gas Utilities**

Last 4 digits of account number  **6500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**FPL - Electric**
**General Mail Facility**
**Miami, FL 33188-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **6439**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,500.00 |
|---|---|---|---|

**Geoffrey Golub, P.A.**
**for AP Resaurant Holdings**
**512 N. Harbor City Blvd**
**Melbourne, FL 32935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/29/2022**

Basis for the claim:  **LAWSUIT: BREACH OF LEASE AGREEMENT : AP RESTAURANT HOLDINGS**

Last 4 digits of account number  **8208**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,000.00 |
|---|---|---|---|

**Hurricane Creek LLC**
**PO Box 1616**
**Melbourne, FL 32901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Income Tax & More**
**2800 Aurora Road**
**Suite C**
**Melbourne, FL 32935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounting Services**

Last 4 digits of account number  **Bennigan's WM**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bennigan's West Melbourne, LLC**
Name

Case number *(if known)*

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
**Internal Revenue Service p**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IRS Taxes owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**
**Jeff Tyre Plumbing**
**532 Sunset Blvd**
**Melbourne Beach, FL 32951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Repair work**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,241.57**
**Johnson & Johnson Financing**
**PO Box 26009**
**Greensboro, NC 27420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number  **1592**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00**
**Kevin Downy Landscaping**
**1625 Harlock Road**
**Melbourne, FL 32934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tree Service**

Last 4 digits of account number  **Bennigan's MW**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
**McCarthy, Burgess & Wolfe**
**The MB&W Building**
**26000 Cannon Road**
**Bedford, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Collections**

Last 4 digits of account number  **4824**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**
**McConkey Fire**
**4250 Dow Road**
**Melbourne, FL 32934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Fire Services**

Last 4 digits of account number  **Bennigan's WM**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,653.40**
**Mulligan Funding**
**4715 Viewridge Avenue**
**Suite 100**
**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Loan**

Last 4 digits of account number  **Bennigan's WM**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Bennigan's West Melbourne, LLC**                                  Case number (if known) _____
_____
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**3.26**

Nonpriority creditor's name and mailing address
**NCR Corporation**
**864 Spring Street NW**
**Sebastian, FL 32976**

Date(s) debt was incurred _
Last 4 digits of account number  **5846**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.27**

Nonpriority creditor's name and mailing address
**Nick Hampton LLC**
**3595 Ponderosa Road**
**Malabar, FL 32950**

Date(s) debt was incurred _
Last 4 digits of account number  **Bennigan's WM**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electrical Services**

Is the claim subject to offset? ■ No ☐ Yes

$3,500.00

---

**3.28**

Nonpriority creditor's name and mailing address
**NuCO2**
**PO Box 9011**
**Stuart, FL 34995**

Date(s) debt was incurred _
Last 4 digits of account number  **1907**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

**3.29**

Nonpriority creditor's name and mailing address
**PNC Merchant Services Co**
**1600 Terrell Mill Road SE**
**Suite 400**
**Marietta, GA 30067**

Date(s) debt was incurred _
Last 4 digits of account number  **3994**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collections**

Is the claim subject to offset? ■ No ☐ Yes

$102.00

---

**3.30**

Nonpriority creditor's name and mailing address
**Randy J. Bennett**
**325 NW Valencia Road**
**Melbourne, FL 32904**

Date(s) debt was incurred  **2022**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Personal loan to Bennigan's**

Is the claim subject to offset? ■ No ☐ Yes

$225,000.00

---

**3.31**

Nonpriority creditor's name and mailing address
**Real Time Resolutions**
**1349 Empire Central Drive**
**Suie 150**
**Dallas, TX 75247**

Date(s) debt was incurred _
Last 4 digits of account number  **7518**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collections**

Is the claim subject to offset? ■ No ☐ Yes

$40,000.00

---

**3.32**

Nonpriority creditor's name and mailing address
**RX Music Service**
**1020 Lawrence Avenue W**
**Suie 206**
**Torono, Ontario M6A 1C8**

Date(s) debt was incurred _
Last 4 digits of account number  **4708**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collections**

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

Debtor   **Bennigan's West Melbourne, LLC**

        Name                                         Case number *(if known)*

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Sequium Asset Solutions LLC**
**1130 Northchase Parkway**
**Suite 150**
**Marietta, GA 30067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **Bennigan's WM**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Small Business Administratio**
**PO Box 3918**
**Portland, OR 97208-3918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **SBA LOAN "WORLDWIDE GROOVE**

Last 4 digits of account number  **8007**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Small Business Administratio**
**PO Box 3918**
**Portland, OR 97208-3918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **SBA LOAN "ACE OF HEARTS DJs"**

Last 4 digits of account number  **8204**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260,000.00**

**Small Business Administratio**
**PO Box 3918**
**Portland, OR 97208-3918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **SBA LOAN "FOOD & BEVERAGE LLC"**

Last 4 digits of account number  **5004**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Small Business Administratio**
**PO Box 3918**
**Portland, OR 97208-3918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **SBA LOAN "LEAP OF FAITH LLC**

Last 4 digits of account number  **8109**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Spectrum**
**PO Box 7186**
**Pasadena, CA 91109-7186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Collections**

Last 4 digits of account number  **9601**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Spectrum Reach**
**Advertising TV**
**PO Box 936671**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Advertising**

Last 4 digits of account number  **4383**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Bennigan's West Melbourne, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,000.00** |
|---|---|---|---|

**Statebridge**
**6061 S. Willow Drive**
**Suite 300**
**Englewood, CO 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3594**

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,000.00** |
|---|---|---|---|

**Statebridge Company LLC**
**6061 S. Willow Drive**
**Suite 300**
**Englewood, CO 80111-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3594**

Basis for the claim:  **Collections**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**Strictly Cabling Inc**
**3473 SW Oar Court**
**Palm City, FL 34990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Bennigan's WM**

Basis for the claim:  **IT Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,000.00** |
|---|---|---|---|

**SYSCO - Southeast**
**Rauch-Miliken Internation**
**PO Box 8390**
**Metairie, LA 70011-8390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2690**

Basis for the claim:  **Collections**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,848.00** |
|---|---|---|---|

**The Hartford**
**c/o Business Service Center**
**3600 Wiseman Blvd**
**San Antonio, TX 78251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9413**

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$525.00** |
|---|---|---|---|

**The Hartford**
**PO Box 660916**
**Dallas, TX 75266-0916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **8889**

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,000.00** |
|---|---|---|---|

**Time Payment Corporation**
**200 Summit Drive**
**Suite 100**
**Burlington, MA 01803-5274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4655**

Basis for the claim:  **Breach of leased kitchen equipment**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bennigan's West Melbourne, LLC**                    Case number (if known) _____
 _____
 Name

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |

**Top Notch Lawn**
PO Box 121591
Melbourne, FL 32912-1000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1572**

Basis for the claim: **Lawn Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |

**Transworld Business Advisors**
c/o Joseh Hamza
5101 NW 21st Avenue
Suite 300
Fort Lauderdale, FL 33309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **Bennigan's WM**

Basis for the claim: **Listing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |

**Waste Management**
PO Box 4648
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3007**

Basis for the claim: **Trash Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |

**Widerman, Malek**
1990 W. New Haven Avenue
2nd Floor
Melbourne, FL 32904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **Bennigan's WM**

Basis for the claim: **ADS Suit**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Small Business administrati**<br>PO Box 156089<br>Fort Worth, TX 76155 | Line **3.34**<br><br>☐ Not listed. Explain ____ | **8007** |
| 4.2 | **AP Restaurant Holdings LLC**<br>3454 Burdock Avenue<br>Melbourne, FL 32904 | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Brown and Joseph, LLC**<br>One Pierce Place<br>Ste 1225<br>Itasca, IL 60143 | Line **3.45**<br><br>☐ Not listed. Explain ____ | **8889** |
| 4.4 | **Credence Resource Mgmt**<br>PO Box 1253<br>Southgate, MI 48195-0253 | Line **3.11**<br><br>☐ Not listed. Explain ____ | **1031** |

| Debtor | **Bennigan's West Melbourne, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Florida City Gas**<br>**PO Box 22614**<br>**Miami, FL 33102-2614** | Line **3.14**<br><br>☐ Not listed. Explain ____ | **6500** |
| 4.6 | **Florida City Gas**<br>**4045 NW 97th Avenue**<br>**Miami, FL 33178-2300** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Real Time Resolutions**<br>**PO Box 1259**<br>**Oaks, PA 19456** | Line **3.31**<br><br>☐ Not listed. Explain ____ | **7518** |
| 4.8 | **Revenue Recovery Solutions**<br>**323 10th Avenue West**<br>**Suite 300**<br>**Palmetto, FL 34221** | Line **3.4**<br><br>☐ Not listed. Explain ____ | **9000** |
| 4.9 | **Small Business**<br>**Administration**<br>**PO Box 740192**<br>**Atlanta, GA 30374-0192** | Line **3.35**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Small Business Administratio**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155-2243** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Sprechman & Associates**<br>**2775 Sunny Isles Blvd**<br>**Ste 100**<br>**North Miami Beach, FL 33160-4007** | Line **3.43**<br><br>☐ Not listed. Explain ____ | **7642** |
| 4.12 | **Statebridge**<br>**PO Box 173313**<br>**Denver, CO 80218-3313** | Line **3.40**<br><br>☐ Not listed. Explain ____ | **3594** |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **1,082,580.34** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **1,082,580.34** |

**Fill in this information to identify the case:**

Debtor name    **Bennigan's West Melbourne, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Bennigan's West Melbourne, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                            *Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    **Bennigan's West Melbourne, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $-97,237.00 |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

Debtor    **Bennigan's West Melbourne, LLC**                                    Case number *(if known)* _____

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **AP RESTAURANT HOLDINGS, LLC VS BENNIGAN' S WEST MELBOURNE, LLC CASE #05-2022-CA-058208** | **Breach of Lease/Rental Contract - Eviction** | **18th Circuit Court, Brevard County, FL** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

Debtor    **Bennigan's West Melbourne, LLC**                                        Case number *(if known)*

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Neil J. Buchalter P.A. 2395 N. Courtney Pkwy Suite 203 Merritt Island, FL 32953 | $2500 | 1/6/2023 | $2,500.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Debtor    **Bennigan's West Melbourne, LLC**                                Case number *(if known)*

---

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor   Bennigan's West Melbourne, LLC _____   Case number *(if known)* _____

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No.
    ☐ Yes. Provide details below.

    | Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
    | --- | --- | --- | --- |
    | | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    | --- | --- | --- | --- |
    | | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    | --- | --- | --- | --- |
    | | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

    | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    | --- | --- | --- |
    | 25.1.   **Bennigan's West Melbourne LLC<br>325NW Valencia Road<br>Melbourne, FL 32904** | **Restaurant franchise** | EIN:   **86-2015809**<br><br>From-To   **3/2021 to 2/1/2023** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☒ None

    | Name and address | Date of service<br>From-To |
    | --- | --- |
    | | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☒ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☒ None

Debtor    **Bennigan's West Melbourne, LLC**                                    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
|  |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Bennigan's West Melbourne, LLC**                                    Case number *(if known)*

---

<span style="background:black;color:white">**Part 14:**</span>    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 24, 2023**

**/s/ Randy J. Bennett**                                    **Randy J. Bennett**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

## United States Bankruptcy Court
### Middle District of Florida

In re    __Bennigan's West Melbourne, LLC__        Case No. _____
                                         Debtor(s)        Chapter     __7__ _____

## VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __August 24, 2023__ _____        __/s/ Randy J. Bennett__ _____
                                                  __Randy J. Bennett__/Owner
                                                  Signer/Title

Bennigan's West Melbourne, LLC
325 NW Valencia Road
Melbourne, FL 32904

Charter Communications
 Spectrum
PO Box 7186
Pasadena, CA 91109-7186

ECOLAB
PO Box 32027
New York, NY 10087

Neil J. Buchalter, PA
Neil J. Buchalter, P.A.
2395 N. Courtenay Pkwy
Suite 203
Merritt Island, FL 32953

Cintas Corporation
PO Box 630910
Cincinnati, OH 45263-0910

Florida City Gas
4045 NW 97th Avenue
Miami, FL 33178-2300

 Small Business administrati
PO Box 156089
Fort Worth, TX 76155

City of Melbourne -
Water Utilities
PO Box 17
Melbourne, FL 32902

Florida City Gas
PO Box 22614
Miami, FL 33102-2614

Alpine Refrigeration & AC
1997 Micco Road
Sebastian, FL 32976

City of West Melbourne
Utility Department
PO Box 120009
Melbourne, FL 32912-0009

FPL - Electric
General Mail Facility
Miami, FL 33188-0001

AP Restaurant Holdings LLC
3454 Burdock Avenue
Melbourne, FL 32904

Clear Channel Outdoor -
 Billboards
PO Box 402379
Atlanta, GA 30384-2379

Geoffrey Golub, P.A.
for AP Resaurant Holdings
512 N. Harbor City Blvd
Melbourne, FL 32935

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

CocaCola
PO Box 12703
Atlanta, GA 30368

Hurricane Creek LLC
PO Box 1616
Melbourne, FL 32901

Bennigan's Franchising Co LL
4475 Trinity Mills Road
NO. 703765
Dallas, TX 75287-7004

Credence Resource Mgmt
4222 Trinity Mills Rd
Suite 260
Dallas, TX 75287

Income Tax & More
2800 Aurora Road
Suite C
Melbourne, FL 32935

Brevard County Tax Collecor
P O Box 2500
Titusville, FL 32781-2500

Credence Resource Mgmt
PO Box 1253
Southgate, MI 48195-0253

Internal Revenue Service p
PO Box 7346
Philadelphia, PA 19101-7346

Brown and Joseph, LLC
One Pierce Place
Ste 1225
Itasca, IL 60143

DynaFire
109 Concord Drive - Suite B
Casselberry, FL 32707

Jeff Tyre Plumbing
532 Sunset Blvd
Melbourne Beach, FL 32951

Johnson & Johnson Financing
PO Box 26009
Greensboro, NC 27420

Randy J. Bennett
325 NW Valencia Road
Melbourne, FL 32904

Spectrum
PO Box 7186
Pasadena, CA 91109-7186

Kevin Downy Landscaping
1625 Harlock Road
Melbourne, FL 32934

Real Time Resolutions
1349 Empire Central Drive
Suie 150
Dallas, TX 75247

Spectrum Reach
Advertising TV
PO Box 936671
Atlanta, GA 31193

McCarthy, Burgess & Wolfe
The MB&W Building
26000 Cannon Road
Bedford, OH 44146

Real Time Resolutions
PO Box 1259
Oaks, PA 19456

Sprechman & Associates
2775 Sunny Isles Blvd
Ste 100
North Miami Beach, FL 33160-4007

McConkey Fire
4250 Dow Road
Melbourne, FL 32934

Revenue Recovery Solutions
323 10th Avenue West
Suite 300
Palmetto, FL 34221

Statebridge
6061 S. Willow Drive
Suite 300
Englewood, CO 80111

Mulligan Funding
4715 Viewridge Avenue
Suite 100
San Diego, CA 92123

RX Music Service
1020 Lawrence Avenue W
Suie 206
Torono, Ontario M6A 1C8

Statebridge
PO Box 173313
Denver, CO 80218-3313

NCR Corporation
864 Spring Street NW
Sebastian, FL 32976

Sequium Asset Solutions LLC
1130 Northchase Parkway
Suite 150
Marietta, GA 30067

Statebridge Company LLC
6061 S. Willow Drive
Suite 300
Englewood, CO 80111-1000

Nick Hampton LLC
3595 Ponderosa Road
Malabar, FL 32950

Small Business
Administration
PO Box 740192
Atlanta, GA 30374-0192

Strictly Cabling Inc
3473 SW Oar Court
Palm City, FL 34990

NuCO2
PO Box 9011
Stuart, FL 34995

Small Business Administratio
PO Box 3918
Portland, OR 97208-3918

SYSCO - Southeast
Rauch-Miliken Internation
PO Box 8390
Metairie, LA 70011-8390

PNC Merchant Services Co
1600 Terrell Mill Road SE
Suite 400
Marietta, GA 30067

Small Business Administratio
14925 Kingsport Road
Fort Worth, TX 76155-2243

The Hartford
c/o Business Service Center
3600 Wiseman Blvd
San Antonio, TX 78251

The Hartford
PO Box 660916
Dallas, TX 75266-0916


Time Payment Corporation
200 Summit Drive
Suite 100
Burlington, MA 01803-5274


Top Notch Lawn
PO Box 121591
Melbourne, FL 32912-1000


Transworld Business Advisors
c/o Joseh Hamza
5101 NW 21st Avenue
Suite 300
Fort Lauderdale, FL 33309

Waste Management
PO Box 4648
Carol Stream, IL 60197


Widerman, Malek
1990 W. New Haven Avenue
2nd Floor
Melbourne, FL 32904

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Bennigan's West Melbourne, LLC**                                    Case No. _____
                                              Debtor(s)         Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $ _____ **2,500.00**

    Prior to the filing of this statement I have received _____    $ _____ **2,500.00**

    Balance Due _____    $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor          ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding. Defense of Trustee actions against Debtor(s).**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**August 24, 2023** _____         **/s/ Neil J. Buchalter, PA** _____
*Date*                                                  **Neil J. Buchalter, PA 295647**
                                                        *Signature of Attorney*
                                                        **Neil J. Buchalter, P.A.**
                                                        **2395 N. Courtenay Pkwy**
                                                        **Suite 203**
                                                        **Merritt Island, FL 32953**
                                                        **321-205-0900  Fax: 321-205-0903**
                                                        **eservice@buclawgroup.com**
                                                        *Name of law firm*